UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-1481-DMG (JDEx)** | Date | May 20, 2025 |
| Title | *Artis-Ray Cash, Jr. v. Radius Global Solutions, LLC* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER VACATING SCHEDULING CONFERENCE AND SETTING DEADLINE FOR MOTION TO DISMISS**

The parties' Joint Rule 26(f) Report indicates that Defendant intends to file a motion to dismiss relating to purported information omitted from Plaintiff's *in forma pauperis* application. [Doc. # 12 at 2.] The Court therefore **VACATES** the scheduling conference set for May 30, 2025 and defers issuing a case management and scheduling order ("CMO") at this time. Defendant shall file any such motion to dismiss (or a statement that it does not intend to file such a motion) no later than **June 10, 2025**. If necessary, the Court will issue the CMO after resolution of the motion or receipt of the statement.

The Court notes that Plaintiff Artis-Ray Cash, Jr., proceeds *pro se* (self-represented) and does not have permission to file electronically in this action. Under the local rules of this Court, "[a]ll documents, except declarations, shall be signed by the attorney for the party or the party appearing *pro se*. The name of the person signing the document shall be clearly typed below the signature line." L.R. 11-1. Because Plaintiff is not a registered CM/ECF filer, he cannot use the "/s/" convention and must hand-sign his documents**.** *See* L.R. 5-4.3.4(a)(3) ("In the case of documents requiring signatures other than those of registered CM/ECF filers (such as declarations), the filer must scan the hand-signed signature page(s) of the document in PDF format and electronically file the document as required by L.R. 5-4.3.1.").

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-1481-DMG (JDEx)** | Date | May 20, 2025 |
|---|---|---|---|
| Title | ***Artis-Ray Cash, Jr. v. Radius Global Solutions, LLC*** | Page | 2 of 2 |

   As such, Plaintiff did not properly sign the Joint Rule 26(f) Report. [Doc. # 12 at 6.] Nonetheless, the Court declines to strike the report. Plaintiff is forewarned, however, that all future filings must comply with Court rules, including being hand-signed.[1] Plaintiff is reminded that he must comply with the Court's procedures, the Local Rules, and the Federal Rules of Civil Procedure, even when he proceeds *pro se*. Noncompliance with Court orders may result in dismissal of this action without prejudice.

**IT IS SO ORDERED**.

---

[1] Plaintiff may move for permission to file electronically using form CV-005, available at https://www.cacd.uscourts.gov/court-procedures/forms.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|