**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTIS-RAY CASH, JR., | ) Case No.: 2:25-cv-01481-DMG-JDE |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANT'S MOTION TO** |
| vs. | ) **DISMISS** |
| | ) |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

1

1    IT IS HEREBY ORDERED that, based on the arguments and evidence

2

3 presented, which have been fully considered by the Court, the Court hereby

4 **GRANTS** Defendant Radius Global Solutions, LLC's Motion to Dismiss pursuant

5 to 28 U.S.C. § 1915(e)(2)(A).  Accordingly, this matter is hereby dismissed with

6

7 prejudice.

8    **IT IS SO ORDERED.**

9

10 Dated:                              By:

11                                     _____
                                       HON. DOLLY M. GEE
12                                     U.S. DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[Proposed] Order Granting Defendant's Motion To Dismiss