Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RADIUS GLOBAL SOLUTIONS, LLC, <br><br> Defendant. | CASE NO.: <br> 2:25−cv−01481−DMG−JDE <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

**Having considered the papers submitted in connection with Defendant's Motion to Dismiss and Plaintiff's Opposition, and good cause appearing:**

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss is DENIED.

2. Plaintiff's case shall proceed on the merits.

IT IS SO ORDERED.

Dated: _____

Hon. Dolly M. Gee

United States District Judge

---

1

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**