Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
6/27/25
CENTRAL DISTRICT OF CALIFORNIA
BY    cs    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RADIUS GLOBAL SOLUTIONS, LLC, <br><br> Defendant. | CASE NO.: 2:25−cv−01481−DMG−JDE <br><br> **DECLARATION OF ARTIS-RAY: CASH JR** |

**I, Artis-Ray: Cash Jr., declare as follows:**

1. I am the Plaintiff in this matter and submit this declaration in support of my Opposition to Defendant's Motion to Dismiss.

2. I filed this action on February 21, 2025, and submitted a Request to Proceed In Forma Pauperis based on my financial condition as reflected in my 2023 tax return and current bank statements.

3. At the time of filing, I did not believe settlement payments made to my LLC (not to me personally) were required to be disclosed as personal income.

4. Any settlement received after February 21, 2025, was not available at the time of filing the IFP request.

5. I never intended to mislead the Court. I acted in good faith based on my understanding of what constituted personal income.

6. I am a pro se litigant and a least sophisticated consumer, not a legal professional. Any omissions were unintentional.

7. I was also involved in a serious scooter accident on June 4, 2025, resulting in head and hand injuries and am still recovering in a stent cast. A police report has been submitted in other filings.

8. I remain committed to litigating this case in good faith and respectfully request the opportunity to proceed on the merits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 26, 2025

**By: /s/ Artis Ray Cash Jr**

Artis-Ray: Cash Jr.

Plaintiff, In Pro Per

2
**DECLARATION OF ARTIS RAY CASH JR**