JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY CASH, JR., <br><br> Plaintiff, <br><br> v. <br><br> RADIUS GLOBAL SOLUTIONS, LLC, <br><br> Defendant. | No. CV 25-1481-DMG (JDEx) <br><br> **JUDGMENT** |

Pursuant to the Court's August 12, 2025 Order Granting Motion To Dismiss Action Pursuant to 28 U.S.C. § 1915(e),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Radius Global Solutions, LLC and against Plaintiff Artis-Ray Cash, Jr., and that this action is dismissed with prejudice.

DATED: August 12, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

1